NO.
12-11-00039-CR

      

IN THE COURT OF
APPEALS 

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

CLINT
FRANK VILLANUEVA,                      '                 APPEAL FROM THE 114TH

APPELLANT

 

V.                                                                         '                 JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE                                                        '                 SMITH COUNTY,
TEXAS

                                                        
                                         

MEMORANDUM OPINION

PER CURIAM

            Appellant
pleaded guilty to driving while intoxicated with a child under seventeen years
of age, and the trial court assessed punishment at imprisonment for six years. 
We have received the trial court’s certification showing that Appellant waived
his right to appeal.   See Tex.
R. App. P. 25.2(d).  The certification is signed by Appellant and his
counsel.  Accordingly, the appeal is dismissed for want of
jurisdiction.

Opinion delivered January 31,
2011.

Panel consisted
of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

(DO NOT PUBLISH)